IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN GRACZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-571 (LMB/MSN) |
| | ) |
| COURTYARD CREATIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Over the past week, counsel for defendant Target Stores, Inc. in this civil action has repeatedly contacted the Court by telephone to discuss the issues involved in this civil action and to ask questions that are answered by the local and divisional rules. Because such ex parte communication with the Court is inappropriate, it is hereby

ORDERED that defense counsel refrain from contacting the Court in an ex parte manner in the future; and it is further

ORDERED that defense counsel read the local and divisional rules and consult with an attorney who has experience practicing in this division to enable him to understand appropriate divisional practice.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 26th day of January, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge